```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PUERTO RICO
```

MARILYN NAVARRO-COLÓN,

**Plaintiff,**

v.                                    **Civil No.** 21-1132 (FAB)

HÉCTOR RODRÍGUEZ-MULET,
MAITE ORONOZ-RODRÍGUEZ,

**Defendants.**

**ORDER**

This case having been dismissed and closed, the Clerk shall remove the restrictions on the following documents:

1. The University of Puerto Rico's *amicus curiae* brief (Docket No. 42);

2. The Pontificial Catholic University's *amicus curiae* brief (Docket No. 43);

3. The Interamerican University School of Law's *amicus curiae* brief (Docket No. 61); and

4. The Interamerican University School of Law's reply to the defendants' response to the *amicus curiae* briefs (Docket No. 76).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 2, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE